Upon de novo review, this Report and Recommendation is hereby adopted without opposition. The complaint is hereby dismissed. This case may now be closed. /s/ Michael A. Ponsor USDJ 7.6.12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NICOLE HILL,  )
       Plaintiff  )
       )
       )
       )
     v.  )  Civil Action No. 12-30095-KPN
       )
       )
       )
BUD L. WILLIAMS and BENJAMIN  )
SWAN,  )
       Defendants  )

### REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)
June 5, 2012

NEIMAN, M.J.

Nicole Hill ("Plaintiff"), a Massachusetts resident proceeding *pro se*, has submitted for filing what appears to be a complaint against Bud L. Williams and Benjamin Swan (together "Defendants"). Together with this complaint, Plaintiff has filed an application for leave to proceed *in forma pauperis*.

The court has determined that Plaintiff is unable to pay the costs of commencing the action. Accordingly, leave to proceed *in forma pauperis* has been granted pursuant to subsection (a) of the federal *in forma pauperis* statute, 28 U.S.C. § 1915. However, for the reasons indicated below, this court believes that this action should be summarily dismissed and will so recommend to the district judge to whom this case will be reassigned.

The *in forma pauperis* statute requires the court to dismiss an action brought