# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLE HILL,<br>    Plaintiff )<br>)<br>        v. )<br>)<br>BUD L. WILLIAMS and BENJAMIN )<br>SWAN, )<br>    Defendant ) | CIVIL ACTION NO. 3:12-cv-30095 -MAP |

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing the plaintiff's complaint.

                                                                SARAH A. THORNTON,
                                                                CLERK OF COURT

Dated:  July 6, 2012                                 By  /s/ *Maurice G. Lindsay*
                                                                 Maurice G. Lindsay
                                                                 Deputy Clerk

(Civil Judgment of Dismissal-6.wpd - 11/98)
       [jgm.]