# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLE HILL,<br>    Plaintiff<br><br>        v.<br><br>BUD L. WILLIAMS and BENJAMIN SWAN,<br>    Defendant | CIVIL ACTION NO. 3:12-cv-30095 -MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing the plaintiff's complaint.

SARAH A. THORNTON,
CLERK OF COURT

Dated: July 6, 2012

By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment of Dismissal-6.wpd - 11/98)
[jgm.]